United States District Court
Southern District of Texas
**ENTERED**
June 20, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAM NGUYEN, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-4675 |
| ROBERT LACY, JR., et al., | § § § | |
| Respondents. | § § | |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED** without prejudice as moot or, alternatively, for want of prosecution.

SIGNED at Houston, Texas, on  JUN 1 9 2019.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE